

# KEN PAXTON

### ATTORNEY GENERAL OF TEXAS

September 16, 2020

**Via E-File**
U.S. Magistrate Judge Andrew M. Edison
U.S. District Court – Southern District of Texas
601 Rosenberg Street
Galveston, Texas 77550

> RE:   Civil Action No. 3:20-cv-00223; *Richard Devillier, et al v. The State of Texas*; Filed
> in the U.S. District Court for the Southern District of Texas – Galveston Division.

Dear Magistrate Judge Edison,

- *Azul-Pacifico, Inc. v. City of Los Angeles*, 973 F.2d 704, 705 (9th Cir 1992);
- *Golden Gate Hotel Ass'n v. City and County of San Francisco*, 18 F.3d 1482 (9th Cir.1994);
- *Hacienda Valley Mobile Estates v. City of Morgan Hill*, 353 F.3d 651, 655 (9th Cir. 2003);
- *Ventura Group Ventures, Inc. v. California*, 149 Fed.Appx. 633 (9th Cir. 2005);
- *Residents Against Flooding v. Reinvestment Zone No. Seventeen, City of Houston*, 260 F. Supp. 3d 738 (S.D. Tex. 2017);
- *Pascoag Reservoir & Dam, LLC v. Rhode Island*, 217 F. Supp. 2d 206 (D. R.I. 2002);
- *Quality Refrigerated Servs. Inc. v. City of Spencer*, 908 F. Supp. 1471 (N.D. Iowa 1995);
- *LaBorde v. City of Gahanna*, 946 F. Supp. 2d 725 (S.D. Ohio 2013);
- *Hughes v. County of Washoe*, 3:12-cv-00179, 2012 WL 2729191 (D. Nev. Apr. 23, 2012);
- *White v. Valley County*, 1:09-cv-494, 2011 WL 4583846 (D. Idaho Sept. 30, 2011);
- *Wolf v. County of Gilpin*, No. 1:10-cv-01456, 2010 WL 5094054 (D. Colo. Sept. 30, 2010);
- *Eggleton v. Town of Clendenin,* No. 2:07-cv-0026, 2007 WL 9718532 (S.D. W.V. Sept. 27, 2007);
- *McHugh v. Town of Marana*, No. 4:04-cv-00680, 2006 WL 626415 (D. Ariz. March 13, 2006); and
- *Janik v. City of Dallas*, No. 3:95-cv-2594-D, 1998 WL 204623 (N.D. Tex. Apr. 16, 1998)

Sincerely,

/s/ *Glorieni Azeredo*

GLORIENI AZEREDO
Assistant Attorney General
glorieni.azeredo@oag.texas.gov

South Bar No. 3339635
Transportation Division
(512) 936-1175
(512) 936-0888 – Fax

CC:
CHARLES IRVINE *via email:* [charles@irvineconner.com](mailto:charles@irvineconner.com)
MARY CONNER *via email:* [mary@irvineconner.com](mailto:mary@irvineconner.com)
LAWRENCE G. DUNBAR *via email:* [ldunbar@dunbarharder.com](mailto:ldunbar@dunbarharder.com)
DANIEL H. CHAREST *via email:* [dcharest@burnscharest.com](mailto:dcharest@burnscharest.com)
LARRY VINCENT, JR. *via email:* [lvincent@burnscharest.com](mailto:lvincent@burnscharest.com)
RUSSELL HERMAN *via email:* [rherman@burnscharest.com](mailto:rherman@burnscharest.com)