IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD & WENDY DEVILLIER, ET AL., | § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 3:20-cv-223 |
| v. | § § § | |
| THE STATE OF TEXAS, | § | JURY TRIAL DEMANDED |
| Defendant. | § § | |

## PLAINTIFFS' CERTIFICATE OF INTERESTED PARTIES

Pursuant to Court order (doc. 2) and Fed. R. Civ. P. 7.1, Plaintiffs certify that there are no corporate plaintiffs to this litigation, and that other than Plaintiff's counsel of record and the parties to this litigation, Plaintiffs are not currently aware of any persons, firms, partnerships, corporations, affiliates, parent corporations or other entities who are financially interested in the outcome of this litigation.

Dated: September 29, 2020.

Case 3:20-cv-00223   Document 21   Filed on 09/29/20 in TXSD   Page 2 of 2

Respectfully submitted,

| | |
|---|---|
| /s/ Daniel H. Charest | |
| Daniel H. Charest | Charles Irvine |
| TX Bar No. 24057803 | TX Bar No. 24055716 |
| Southern Dist. No. 934267 | Southern Dist. No. 675029 |
| E. Lawrence (Larry)Vincent | Mary Conner |
| TX Bar No. 20585590 | TX Bar No. 24050440 |
| Southern Dist. No. 10240 | Southern Dist. No. 1093200 |
| Russell Herman | IRVINE & CONNER PLLC |
| TX Bar No. 24083169 | 4709 Austin Street |
| Southern Dist. No. 2383214 | Houston, Texas 77004 |
| BURNS CHAREST LLP | Tel: (713) 533-1704 |
| 900 Jackson Street, Suite 500 | charles@irvineconner.com |
| Dallas, Texas 75202 | mary@irvineconner.com |
| Tel: (469) 904-4550 | |
| dcharest@burnscharest.com | |
| lvincent@burnscharest.com | |
| rherman@burnscharest.com | |

Lawrence G. Dunbar
TX Bar No. 06209450
Southern Dist. No. 11301
DUNBAR HARDER PLLC
10590 Westoffice Drive, Suite 2000
Houston, Texas 77042
Tel: (713) 782-4646
ldunbar@dunbarharder.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument has been served on this day September 29, 2020, via the Court's ECF system to all counsel of record.

/s/ Daniel H. Charest
Daniel H. Charest