IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| RICHARD ALLEN DEVILLIER, ET AL. § <br> *Plaintiffs* § <br> § <br> V. § <br> § <br> THE STATE OF TEXAS § <br> *Defendant* § | Civil Action No. 3:20-cv-00223 |

### DEFENDANT'S CERTIFICATE OF INTERESTED PARTIES

NOW COMES Defendant, the State of Texas, and hereby certifies that to the best of its knowledge certifies that, other than the parties to this litigation and their counsel of record, Defendant lists the following entity who is financially interested in the outcome of this litigation:

1. Texas Department of Transportation
   c/o Glorieni M. Azeredo
   Assistant Attorney General
   Office of the Attorney General
   P.O. Box 12548
   Austin, Texas 78711-2548

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

DARREN L. MCCARTY
Deputy Attorney General for Civil Litigation

ESTEBAN S.M. SOTO
Chief, Transportation Division

/s/ *Glorieni M. Azeredo*
GLORIENI M. AZEREDO
Assistant Attorney General
Southern Dist. No. 3339635
State Bar No. 24077840
LISA MCCLAIN MITCHELL
Assistant Attorney General
Southern Dist. No. 572948
State Bar No. 90001724
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
512-936-1175 (Azeredo)
512-936-1431 (Mitchell)
512-936-0888 – Fax
Email: glorieni.azeredo@oag.texas.gov
Email: lisa.mitchell@oag.texas.gov

COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on October 5, 2020, a true and correct copy of the foregoing document has been sent to the following:

**Via E-Serve**
Daniel H. Charest
E. Lawrence (Larry) Vincent
900 Jackson Street, Suite 500
Dallas, Texas 75202
469-904-4550
469-444-5002 – Fax
Via Email: dcharest@burnscharest.com
Via Email: lvincent@burnscharest.com

*Counsel for Plaintiffs*

**Via E-Serve**
Lawrence G. Dunbar
Dunbar Harder, PLLC
10590 West Office Drive, Suite 2000
Houston, Texas 77042
713-782-4646
713-782-5544 – Fax
Via Email: ldunbar@dunbarharder.com

*Counsel for Plaintiffs*

**Via E-Serve**
Charles Irvine
Mary Conner
Irvine & Conner, PLLC
4709 Austin Street
Houston, Texas 77004
713-533-1704
713-524-5165 – Fax
Via Email: charles@irvineconner.com
Via Email: mary@irvineconner.com

*Counsel for Plaintiffs*

/s/ *Glorieni M. Azeredo*
GLORIENI M. AZEREDO
Assistant Attorney General