# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD & WENDY DEVILLIER, et al., Plaintiffs, | § § § | Civil Action No. 3:20-cv-00223 |
| v. | § § § | Jury Trial Demanded |
| THE STATE OF TEXAS, Defendant. | § § § § | |

## JOINT WITNESS LIST FOR CLASS CERTIFICATION HEARING

Per the Court's June 3, 2022 Order (Dkt 82), the Parties hereby submit their respective witness lists for live testimony for the Class Certification Hearing set for June 14, 2022 at 10 a.m. CST.

**Plaintiffs' Witness List:**

1. Michael C. Slattery, Ph.D.

**Defendant's Witness List:**

1. Adam Jack

Dated: June 9, 2022

Respectfully submitted,

/s/ E. Lawrence Vincent

Daniel H. Charest (SBN: 24057803)
E. Lawrence (Larry) Vincent (SBN: 20585590)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
dcharest@burnscharest.com
lvincent@burnscharest.com

Charles Irvine (SBN: 24055716)
IRVINE & CONNER, PLLC
4709 Austin Street
Houston, Texas 77004
Telephone: (713) 533-1704
Facsimile: (713) 524-5165
charles@irvineconner.com

Lawrence G. Dunbar (SBN: 06209450)
DUNBAR HARDER, PLLC
10590 West Office Drive, Suite 2000
Houston, Texas 77042
Telephone: (713) 782-4646
Facsimile: (713) 782-5544
ldunbar@dunbarharder.com

*Counsel for Plaintiffs*

/s/Glorieni M. Azeredo

Ken Paxton
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

ESTEBAN S.M. SOTO
Chief, Transportation Division

GLORIENI M. AZEREDO
Assistant Attorney General
Southern Dist. No. 33214
State Bar No. 24077840
ESTEBAN S.M. SOTO
Chief, Transportation Division
Southern Dist. No. 1014954
State Bar. No. 24052284
LISA MCCLAIN MITCHELL
Assistant Attorney General
Southern Dist. No. 572948
State Bar No. 90001724
Email: glorieni.azeredo@oag.texas.gov
Email: Esteban.soto@oag.texas.gov
Email: lisa.mitchell@oag.texas.gov
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 936-1175 (Azeredo)
Telephone: (512) 936-1431 (Mitchell)
Fax Number: (512) 936-0888

*Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served on June 9, 2022, via ECF, to all counsel of record, pursuant to the Federal Rules of Civil Procedure.

*/s/ E. Lawrence Vincent*
E. Lawrence Vincent