IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN DEVILLIER, ET AL. | § | |
| *Plaintiffs* | § | |
| | § | |
| V. | § | Civil Action No. 3:20-cv-00223 |
| | § | |
| THE STATE OF TEXAS | § | |
| *Defendant* | § | |

## ORDER DENYING PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S EXPERT DISCLOSURES

On this day the Court considered Plaintiffs' Motion to Strike Defendant's Expert Disclosures.

It is therefore ORDERED that Plaintiffs' Motion to Strike Defendant's Expert Disclosures is DENIED.

SIGNED on _____, 2023.

_____
JEFFREY V. BROWN
United States District Judge