IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN DEVILLIER, ET AL.<br>*Plaintiffs* | §<br>§<br>§ | |
| V. | § | Civil Action No. 3:20-CV-00223 |
| THE STATE OF TEXAS<br>*Defendant* | §<br>§<br>§<br>§ | |

### THE STATE OF TEXAS'S OPPOSED MOTION TO EXTEND TIME TO FILE A RESPONSE TO PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT AND TO EXTEND THE DISPOSITIVE MOTION DEADLINE

Defendant the State of Texas (the State) files this Opposed Motion to Extend Time to File a Response to Plaintiffs' Motion for Partial Summary Judgment and to extend the Dispositive Motion Deadline, and would respectfully show the Court the following:

1. Plaintiffs are opposed to this motion.

2. Plaintiffs filed their Motion for Partial Summary Judgment on February 16, 2023. ECF 109. Dispositive motions are due by April 13, 2023. ECF 80.

3. The submission deadline for the State's response to Plaintiffs' Motion for Partial Summary Judgment (Response) is March 31, 2023. ECF. 116.

4. The State requests an extension of time to file its Response until April 14, 2023, which is 14 days after the current deadline.

5. The State requests an extension of the dispositive motion deadline until April 27, 2023, which is 14 days after the current deadline. The State's Motion to Stay filed February 27, 2023 (ECF 110) encompasses this deadline, but that motion is pending before the Court.

6. The State seeks these extensions because it has been engaged in completing written discovery and defending three depositions in this matter. The State needs time to review the

deposition transcripts for use in its Response and its dispositive motion. The most recent depositions were taken Monday, March 13, 2023, and Friday, March 24, 2023, and the State is awaiting delivery of those deposition transcripts.

7. As noted in the State's Motion to Stay (ECF 110), the deadlines in the schedule entered March 11, 2022 (ECF 80) pre-date the class certification hearing and briefing and the appeal of the federal inverse takings claims. Neither of those are resolved at this point, making the deadlines in the year-old schedule premature.

8. Finally, during the status conference conducted on March 7, 2023, this Court indicated that the June 2023 trial setting in the current scheduling order (ECF 80) will be postponed due to the Court's already full docket. As a result, the proposed two-week extensions for the State's response and motion should not work a hardship on any party.

9. This request for an extension is not made to cause a delay in the proceedings, nor will it cause undue burden on the parties or the proceeding.

The State respectfully requests the Court grant the State's Motion and extend the State's response to Plaintiffs' motion for partial summary judgment to April 14, 2023, and the dispositive motion deadline to April 27, 2023.

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

        NANETTE M. DINUNZIO
        Chief, Transportation Division

        /s/ Lisa McClain Mitchell
        LISA MCCLAIN MITCHELL
        Attorney-in-Charge
        Assistant Attorney General
        Southern Dist. No. 572948
        State Bar No. 90001724
        JOHN ZUERCHER
        Southern Dist. No. 3573677
        State Bar No. 24102689
        Transportation Division
        P.O. Box 12548
        Austin, Texas 78711-2548
        512-936-1431 (Mitchell)
        512-936-0888 – Fax
        Email: lisa.mitchell@oag.texas.gov

        COUNSEL FOR DEFENDANT
        THE STATE OF TEXAS

## CERTIFICATE OF CONFERENCE

I certify that that on March 27, 2023, I conferred via email with Plaintiffs' counsel about whether Plaintiffs would oppose this motion. On March 27, 2023, he stated via email Plaintiffs were opposed.

        /s/ Lisa McClain Mitchell
        LISA MCCLAIN MITCHELL

## CERTIFICATE OF SERVICE

I certify that that on March 27, 2023, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

        /s/ Lisa McClain Mitchell
        LISA MCCLAIN MITCHELL