IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN DEVILLIER, ET AL. | § | |
|    *Plaintiffs* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 3:20-CV-00223 |
| | § | |
| THE STATE OF TEXAS | § | |
|    *Defendant* | § | |

### ORDER

The Court having reviewed and considered the Defendant the State of Texas's Unopposed Motion for Leave to Late File Appendices to the State's Timely Filed Motions (Dkt. 137) the Court hereby GRANTS Defendant's motion for leave and accepts as filed for all purposes the State's Appendices A through O (Dkt. 136 through 136-15).

SIGNED this 29th day of April, 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE