# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN DEVILLIER, *et al.*, | § § § § | |
| Plaintiffs. | § § | CIVIL ACTION NO. 3:20-cv-00223 |
| V. | § § | |
| STATE OF TEXAS, | § § | |
| Defendant. | § § | |

# ORDER

This case is stayed and administratively closed until the United States Supreme Court issues its opinion in this case.

SIGNED this 3rd day of October 2023.

_____
ANDREW M. EDISON
UNITED STATES MAGISTRATE JUDGE