IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD ALLEN DEVILLIER, ET AL. | § | |
| *Plaintiffs* | § | |
| | § | |
| V. | § | Civil Action No. 3:20-CV-00223 |
| | § | |
| THE STATE OF TEXAS | § | |
| *Defendant* | § | |

**THE STATE OF TEXAS'S RESPONSE TO PLAINTIFFS' MOTION
TO LIFT STAY AND FOR LEAVE TO FILE SECOND AMENDED MASTER
COMPLAINT AND SUPPLEMENT TO MOTION FOR PARTIAL
SUMMARY JUDGMENT**

Defendant, the State of Texas (the State), acting by and through the Texas Department of Transportation (TxDOT), files this Response to Plaintiffs' Motion to Lift Stay and would respectfully show the following:

**I.**

The State has received the Plaintiffs' Motion to Lift Stay. However, the motion is untimely, as the case is still pending before the Fifth Circuit, and this Court has not yet regained jurisdiction. Once the parties are notified that this court has regained jurisdiction, the State will submit a further response to the Motion for Leave to File Second Amended Master Complaint and Supplement to Motion for Partial Summary Judgment.

**II.**

It is generally understood that a federal district court and a federal court of appeals shall not attempt to assert jurisdiction over a case simultaneously. *Griggs v. Provident Consumer Disc. Co*., 459 U.S. 56 (1982). This rule has a few exceptions; granting leave to

amend a complaint is not among those exceptions. *See Dayton Indep. School Dist. v. U.S. Minerals Prods*., 906 F.2d 1059 (5th Cir. 1990). Additionally, a district court may not take any action that would "alter the status of the case as it rests before the Court of Appeals." *Id*.

The Supreme Court of the United States issued its opinion on April 16, 2024, and ordered that the case be remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with its opinion. *See* Ex. A. The Fifth Circuit then complied with the requirements of Federal Rule of Civil Procedure 41 on May 21, 2024, by making a certified copy of the judgment and opinion available on its general docket and providing information from the Supreme Court regarding costs. ("Unless the court directs that a formal mandate issue, the mandate consists of a certified copy of the judgment, a copy of the court's opinion, if any, and any direction about costs." *Id.* However, the Fifth Circuit has not yet taken any other action or remanded the case to the District Court.

Until such time that the Fifth Circuit issues an amended opinion with further direction or otherwise remands the case to the District Court, the only options available to this Court at this time are to "(1) defer considering the motion; (2) deny the motion; or (3) state either that it would grant the motion if the court of appeals remands for that purpose or that the motion raises a substantial issue." Fed. R. Civ. P. 62.1.

### III.

The State requests that Plaintiffs' motion be denied or deferred and that further relief be granted to which the State may show itself to be entitled.

2

Respectfully Submitted,

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

JAMES LLOYD
Deputy Attorney General for Civil Litigation

NANETTE M. DINUNZIO
Chief, Transportation Division

/s/ John Zuercher
LISA MCCLAIN MITCHELL
Attorney-in-Charge
Assistant Attorney General
Southern Dist. No. 572948
Texas Bar No. 90001724
JOHN ZUERCHER
Southern Dist. No. 3573677
Texas Bar No. 24102689
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548
512-936-1170 (Zuercher)
512-936-0888 – Fax
Email: john.zuercher@oag.texas.gov

COUNSEL FOR DEFENDANT
THE STATE OF TEXAS

## CERTIFICATE OF SERVICE

I certify that on September 3, 2024, this document was filed electronically via the

Court's CM/ECF system, causing electronic service upon all counsel of record.

/s/ John Zuercher
JOHN ZUERCHER

3

# Exhibit A

# Supreme Court of the United States

No. 22–913

## RICHARD DEVILLIER, ET AL.,

Petitioners

v.

## TEXAS

**ON WRIT OF CERTIORARI** to the United States Court of Appeals for the Fifth Circuit.

**THIS CAUSE** came on to be heard on the transcript of the record from the above court and was argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is vacated with costs, and the case is remanded to the United States Court of Appeals for the Fifth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners, Richard Devillier, et al., recover from Texas, One Thousand Six Hundred Two Dollars and Fifty Cents ($1,602.50) for costs herein expended.

April 16, 2024

| | |
|---|---|
| **Printing of joint appendix:** | **$1,302.50** |
| **Clerk's costs:** | **$300.00** |
| **Total:** | **$1,602.50** |

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States