UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| RICHARD & WENDY DEVILLIER, et al., | § | Civil Action No. 3:20-cv-00223 |
| Plaintiffs, | § § § | |
| v. | § | Jury Trial Demanded |
| THE STATE OF TEXAS, | § § § | |
| Defendant. | § | |

**PLAINTIFFS' NOTICE OF ORDER GRANTING PLAINTIFFS-APPELLEES' EMERGENCY MOTION TO RECALL THE MANDATE OF THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT**

Plaintiffs Richard Devillier, et al. file this notice to call to the Court's attention to the filing of the Order granting their Emergency Motion to Recall the Mandate entered on September 30, 2024, in *Richard Devillier, et al. v. The State of Texas*, No. 21-40750, In the United States Court of Appeals for the Fifth Circuit. A copy of the Order is submitted as Exhibit A hereto.

Dated: October 1, 2024

Respectfully submitted,

/s/ *Daniel H. Charest*
Daniel H. Charest (SBN: 24057803)
E. Lawrence (Larry) Vincent
(SBN: 20585590)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
dcharest@burnscharest.com
lvincent@burnscharest.com

Charles Irvine (SBN: 24055716)
IRVINE & CONNER, PLLC
4709 Austin Street
Houston, Texas 77004
Telephone: (713) 533-1704
Facsimile: (713) 524-5165
charles@irvineconner.com

Lawrence G. Dunbar (SBN: 06209450)
DUNBAR LAW FIRM, PLLC
13121 Louetta Road, #1240
Cypress, Texas 77429
Telephone: (281) 868-7456
Facsimile: (281) 868-7463
ldunbar@dunbarlawtx.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that that on October 1, 2024, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

*/s/ Daniel H. Charest*
Daniel H. Charest