# EXHIBIT A

# United States Court of Appeals
**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

September 30, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-40750   Devillier v. State of Texas
                   USDC No. 3:20-CV-223
                   USDC No. 3:20-CV-379
                   USDC No. 3:21-CV-104
                   USDC No. 4:21-CV-1521

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Mr. Daniel Henry Charest
Mr. Charles William Irvine
Mr. Aaron Lloyd Nielson
Mr. Nathan Ochsner
Mr. Emery Lawrence Vincent
Mr. Benjamin D. Wilson

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-40750
_____

Richard Devillier; Wendy Devillier; Steven Devillier; Rhonda Devillier; Barbara Devillier; Et al.,

*Plaintiffs—Appellees*,

*versus*

State of Texas,

*Defendant—Appellant*.

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 3:20-CV-223
USDC No. 3:20-CV-379
USDC No. 3:21-CV-104
USDC No. 4:21-CV-1521

_____

UNPUBLISHED ORDER

Before Higginbotham, Southwick, and Higginson, *Circuit Judges*.

Per Curiam:

  IT IS ORDERED that Appellees' opposed motion to recall the mandate is GRANTED. The parties are DIRECTED to file simultaneous

letter briefs within 10 days from the date this order explaining what this Court should now do in light of the Supreme Court's decision.

2