United States District Court
Southern District of Texas

**ENTERED**

April 09, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION**

| | |
|---|---|
| RICHARD ALLEN DEVILLIER, *et al.*,<br><br>    Plaintiffs.<br><br>V.<br><br>STATE OF TEXAS,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ 3:20-cv-223<br>(253rd Judicial District Court of Chambers County, 20-DCV-0300) |
| KEVIN SONNIER, *et al.*,<br><br>    Plaintiffs.<br><br>V.<br><br>STATE OF TEXAS,<br><br>    Defendant. | §<br>§<br>§<br>§ 3:20-cv-379<br>(344th Judicial District Court of Chambers County, 20-DCV-0792) |
| DEVON BOUDREAUX, *et al.*,<br><br>    Plaintiffs.<br><br>V.<br><br>STATE OF TEXAS,<br><br>    Defendant. | §<br>§<br>§<br>§ 4:21-cv-1521<br>(172d Judicial District Court of Jefferson County, E-207211) |
| SOUTHEAST TEXAS OLIVE, LLC, *et al.*,<br><br>    Plaintiffs.<br><br>V.<br><br>STATE OF TEXAS,<br><br>    Defendant. | §<br>§<br>§<br>§ 3:21-cv-104<br>(253rd Judicial District Court of Liberty County, 21DC-CV-00071) |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On September 2, 2020, all non-dispositive and dispositive pretrial matters

in this consolidated case were referred to United States Magistrate Judge Andrew

M. Edison under 28 U.S.C. § 636(b)(1)(A)–(B). Dkt. 14. Judge Edison filed a memorandum and recommendation on January 5, 2026, recommending that The State of Texas's motion to remand to state court, Dkt. 174, be granted. Dkt. 186.

On January 20, 2026, the plaintiffs filed objections to the memorandum and recommendation. Dkt. 187. In accordance with 28 U.S.C. § 636(b)(1)(C), this court is required to "make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection [has been] made." After conducting this de novo review, the court may "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." *Id.*; *see also* Fed. R. Civ. P. 72(b)(3).

The court has considered the objections, the memorandum and recommendation, and the record. The court accepts Judge Edison's memorandum and recommendation dated January 5, 2026, Dkt. 186, and adopts it as the opinion of the court. It is therefore ordered that:

(1) Judge Edison's memorandum and recommendation, Dkt. 186, is approved and adopted in its entirety as the holding of the court; and

(2) These four consolidated cases are remanded to the state courts of Chambers, Jefferson, and Liberty Counties from which they were removed, as reflected on the first page of this order.

Signed on Galveston Island this 9th day of April, 2026.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE

2